UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
NATHAN LINDELL,                                     )
                                                    )
            Plaintiff,                              )
                                                    )
      v.                                            )        Civil Action No. 08-1462 (PLF)
                                                    )
LANDIS CONSTRUCTION CO., et al.,                    )
                                                    )
            Defendants.                             )
_____)

ORDER

For the reasons stated in the Opinion issued this same day, it is hereby

ORDERED that defendants' motion for summary judgment [15] is GRANTED

and judgment is entered for defendants on all claims; it is

FURTHER ORDERED that the Clerk of this Court shall remove this case from

the docket of this Court.  This is a final appealable order.  See FED. R. APP. P. 4(a).

SO ORDERED.

                                    __/s/_____
                                    PAUL L. FRIEDMAN
                                    United States District Judge

DATE: May 28, 2010